

# Fourth Court of Appeals
## San Antonio, Texas

May 19, 2015

No. 04-15-00300-CR

Jose Miguel **ROMO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 469039
Honorable Tommy Stolhandske, Judge Presiding

# O R D E R

The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal." We therefore **ORDER** the trial court clerk to file, within ten days of the date of this order, an electronic clerk's record containing the following documents:

1. All pre-trial motions and the orders on those motions, if any;

2. All documents relating to the defendant's plea bargain, including the court's admonishments, the defendant's waiver and consent to stipulation of testimony, and any other stipulations;

3. The judgment;

4. All post-judgment motions and the orders on those motions, if any;

5. The notice(s) of appeal;

6. The trial court's certification of defendant's right of appeal; and

7. The criminal docket sheet.

All other appellate deadlines are suspended pending further order of this court. The clerk of this court is **ORDERED** to send a copy of this order to the attorneys of record, the trial court clerk, and the court reporter(s) responsible for preparing the reporter's record in this appeal.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court